Opinion issued March 29, 2007.

 













In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00218-CV






IN RE PETROLEUM ANALYZER COMPANY, L.P., Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 By petition for writ of mandamus, relator, Petroleum Analyzer Company, L.P.,
challenges the trial court's (1) January 19, 2007 orders granting Franek Olstowski's
motion to compel arbitration and staying the underlying proceeding as to cross-defendant Strozier.

 We deny the petition for writ of mandamus.

 We deny the motion for emergency relief.


PER CURIAM



Panel consists of Justices Taft, Alcala, and Hanks.

 

1.